

RECEIVED CLERK
**FILED**
2003 DEC -8 P 5: 33

GARY L. JOHNSON [4353]
MARTHA KNUDSON[8512]
RICHARDS, BRANDT, MILLER & NELSON
Key Bank Tower, Seventh Floor
50 South Main Street
P.O. Box 2465
Salt Lake City, Utah 84110-2465
Telephone: (801) 531-2000
Fax No.: (801) 532-5506

*Specially Appearing for Defendant American*
*International Group, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| TRENTON FEED COOPERATIVE, a Utah corporation; PLANTERS COTTON OIL MILL, INC., an Arkansas corporation, | **AMERICAN INTERNATIONAL GROUP, INC.'S MOTION TO DISMISS (RULE 12(B)(2))** |
| Plaintiffs, | |
| vs. | |
| AMERICAN INTERNATIONAL GROUP, INC., a Delaware corporation; AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, an Alaska corporation; AMERICAN INTERNATIONAL SURPLUS LINES AGENCY, INC., a New Jersey corporation; AIG TECHNICAL SERVICES, INC., a Delaware corporation; and AG STATES AGENCY, L.L.C., a Minnesota limited liability company, | Civil No.: 1.03-CV-131 Judge: Ted Stewart |
| Defendants. | |



Defendant American International Group, Inc. by and through its counsel of record, Gary L. Johnson and Martha Knudson of RICHARDS, BRANDT, MILLER & NELSON, respectfully moves this Court for an Order of Dismissal pursuant to Federal Rules of Civil Procedure Rule 12(B)(2). American International Group, Inc. is entitled to this Order because this Court has no personal jurisdiction over this defendant.

DATED this ____ day of December, 2003.

RICHARDS, BRANDT, MILLER
& NELSON

_____
GARY L. JOHNSON
MARTHA KNUDSON

***Attorneys for Defendant American International Group, Inc.***

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing instrument was mailed, first-class, postage prepaid, on this _8th_ day of December, 2003, to the following:

>Douglas J. Parry
>Jennie B. Garner
>PARRY ANDERSON & GARDINER
>60 East South Temple, Suite 1270
>Salt Lake City, Utah  84111
>
>*Attorneys for Plaintiffs*
>
>
>Michael Skolnick
>KIPP AND CHRISTIAN
>10 Exchange Place, Suite 400
>Salt Lake City, Utah  84111
>
>*Attorneys for Defendant AG States Agency, L.L.C.*

G:\EDSI\DOCS\09263\0561\CX6555.WPD

3