RECEIVED CLERK
FILED
2004 JAN -8  P 6: 36

U.S. DISTRICT COURT
DISTRICT OF UTAH

GARY L. JOHNSON [4353]
MARTHA KNUDSON [8512]
RICHARDS, BRANDT, MILLER & NELSON
Key Bank Tower, Seventh Floor
50 South Main Street
P.O. Box 2465
Salt Lake City, Utah 84110-2465
Telephone: (801) 531-2000
Fax No.: (801) 532-5506

*Attorneys for Defendants American International Group, Inc.,
American International Specialty Lines Insurance Company,
American International Surplus Lines Agency, Inc.,
and AIG Technical Services, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| TRENTON FEED COOPERATIVE, a Utah corporation; PLANTERS COTTON OIL MILL, INC., an Arkansas corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN INTERNATIONAL GROUP, INC., a Delaware corporation; AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, an Alaska corporation; AMERICAN INTERNATIONAL SURPLUS LINES AGENCY, INC., a New Jersey corporation; AIG TECHNICAL SERVICES, INC., a Delaware corporation; and AG STATES AGENCY, L.L.C., a Minnesota limited liability company,<br><br>Defendants. | **STIPULATION AND MOTION TO DISMISS DEFENDANT AMERICAN INTERNATIONAL GROUP, INC.**<br><br>Civil No.:  1:03-CV-00131<br><br>Judge:  Ted Stewart<br><br>Magistrate Judge:  Samuel Alba |



## STIPULATION

Plaintiffs Trenton Feed Cooperative and Planters Cotton Oil Mill, Inc., and Defendant American International Group, Inc., by and through their respective counsel, hereby agree and stipulate that, based upon the representations set forth in American International Group, Inc.'s Motion to Dismiss (Rule 12(B)(2)), American International Group Inc.'s Memorandum of Points and Authorities in Support of its Motion to Dismiss (Rule 12(B)(2)), and the Affidavit of Steven M. Dixon in Support of American International Group's Motion to Dismiss, served on December 8, 2003, Plaintiffs' claims against Defendant American International Group, Inc., may be dismissed, without prejudice, each side to bear its own costs and attorneys fees.

DATED this 7th day of January, 2004.

PARRY ANDERSON & GARDINER

By: _____
Douglas J. Parry
Jennie B. Garner
Attorneys for Plaintiffs

RICHARDS BRANDT MILLER & NELSON

By: _____
Gary L. Johnson
Martha Knudson
Attorneys for Defendant
American International Group, Inc.

## MOTION TO DISMISS

Defendant, American International Group, Inc., by and through its counsel of record, Richards, Brandt, Miller and Nelson, respectfully moves this Court for an Order dismissing Plaintiff's Complaint as to Defendant American International Group, Inc., without prejudice. The basis of this motion is set forth above in the stipulation of the parties.

DATED this 8th day of January, 2004.

RICHARDS, BRANDT, MILLER
& NELSON

_____
GARY L. JOHNSON
MARTHA KNUDSON

*Attorneys for Defendants American International Group, Inc., American International Specialty Lines Insurance Company, American International Surplus Lines Agency, Inc., and AIG Technical Services, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing instrument was mailed, first-class, postage prepaid, on this _8th_ day of January, 2004, to the following:

>Douglas J. Parry
>Jennie B. Garner
>PARRY ANDERSON & GARDINER
>60 East South Temple, Suite 1270
>Salt Lake City, Utah 84111
>
>*Attorneys for Plaintiffs*
>
>Michael Skolnick
>KIPP AND CHRISTIAN
>10 Exchange Place, Suite 400
>Salt Lake City, Utah 84111
>
>*Attorneys for Defendant Ag States Agency, L.L.C.*

_____ [signature]

G:\EDSI\DOCS\09263\0561\D26246.WPD